**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff



CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2012 JUL -3 PM 12: 06
BY _____
FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**NATIONAL PHOTO GROUP, LLC,**
a limited liability company,

      Plaintiff,

      vs.

**SODAHEAD, INC.**, and **DOES 1-10**,
inclusive,

      Defendants.

Case No. CV12 05750 CBM (FFMx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Case No.

**COMPLAINT**

1    Plaintiff National Photo Group, LLC, by and through its undersigned
2  counsel, states and alleges as follows:

### INTRODUCTION

4    1.    Plaintiff National Photo Group, LLC ("NPG") provides
5  entertainment-related photojournalism goods and services.  In particular,
6  NPG owns the rights to a multitude of photographs featuring celebrities,
7  which it licenses to online and print publications.  NPG's portfolio of celebrity
8  photographs is the bread and butter of its business.

9    2.    NPG has obtained U.S. copyright registrations covering many of
10  its celebrity photographs, and others are the subject of pending copyright
11  applications.

12    3.    Defendant SodaHead, Inc. ("SodaHead") owns and operates a
13  website dedicated to current events, including celebrity news.

14    4.    Without permission or authorization from NPG, SodaHead
15  copied, modified, and displayed NPG's celebrity photographs on
16  SodaHead's website.

17    5.    SodaHead engaged in this misconduct knowingly and in
18  violation of the United States copyright laws.

19    6.    NPG has been substantially harmed as a result of SodaHead's
20  misconduct.

### JURISDICTION AND VENUE

22    7.    This Court has subject matter jurisdiction over the federal
23  copyright infringement claims pursuant to 28 U.S.C. § 1338(a) and 28
24  U.S.C. § 1331.

25    8.    This Court has personal jurisdiction over SodaHead because it is
26  located, and maintains its principal place of business, within California.

27  //

28  //

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

9.     Venue is proper under 28 U.S.C. §1391(a)(2) because this is a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

## PARTIES

10.     NPG is a California limited liability company and maintains its principal place of business in Los Angeles, California.

11.     Upon information and belief, SodaHead is a California corporation and maintains its principal place of business in Encino, California.

12.     NPG does not know the true names and capacities, whether individual, associate, corporate or otherwise, of Defendants sued herein as Does 1-10 inclusive, and NPG therefore sues said Defendants by such fictitious names.

13.     NPG will amend this complaint to state the true names and capacities of the Doe Defendants once they have been discovered.  NPG is informed and believes, and, on that basis, alleges that each Defendant sued herein by a fictitious name is in some way liable and responsible to NPG based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### NPG's Business

14.     NPG provides entertainment-related photojournalism goods and services.  In particular, NPG owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

15.     NPG has invested significant time and money in building its celebrity photograph portfolio.   Due to the quality of its celebrity photographs, NPG has developed an impressive list of clients including some of the most-recognized names in celebrity reporting ("NPG's Clients").

//

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

### NPG's Copyrights

16.    NPG has obtained U.S. copyright registrations covering many of its celebrity photographs.

17.    NPG's celebrity photographs are original, creative works in which NPG owns protectable copyright interests.

18.    NPG owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPG's celebrity photographs.

19.    For example, on February 21, 2012, NPG obtained a copyright registration for a collection of celebrity photographs, USCO Registration No. VA0001806514 (the "Copyright"), which included a series of photographs of actor Drew Barrymore (the "Photographs").

### Defendant's Website

20.    SodaHead is the registered owner of the website located at <sodahead.com> (the "Website").   On information and belief, SodaHead operates the Website and is responsible for all Website content.

21.    The Website provides articles and other information about popular culture and public opinion.

22.    The Website is monetized in that it contains paid advertisements. On information and belief, SodaHead profits from these paid advertisements.

23.    On information and belief, the Website averages approximately 2,276,906 unique visitors per month.

### Defendant's Misconduct

24.    On or about February 22, 2012, SodaHead posted the Photographs on the Website in a post entitled "Drew Barrymore Holds Sonogram, Sparks Pregnancy Rumors: Do You Think She's Pregnant?"

//

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

25.   On information and belief, SodaHead copied the Photographs from the websites of NPG's Clients and reposted them on the Website without license or permission, thereby infringing on the Copyright (the "Infringement").

26.   On information and belief, SodaHead engaged in the Infringement knowingly and in violation of United States copyright laws.

27.   On information and belief, SodaHead has received a financial benefit directly attributable to the Infringement.  Specifically, by way of the Infringement, SodaHead increased traffic to the Website and, in turn, its advertising revenues.

28.   As a result of Defendant's misconduct, NPG has been substantially harmed.

## CLAIM FOR RELIEF

## (Copyright Infringement, 17 U.S.C. § 501 et seq.)

29.   NPG repeats and incorporates by reference the allegations contained in the preceding paragraphs.

30.   The Photographs are original, creative works in which NPG owns protectable copyright interests.

31.   NPG owns the copyright for the Photographs, USCO Registration No. VA0001806514.

32.   NPG has not licensed SodaHead or any of its websites to use the Photographs in any manner, nor has NPG assigned any of its exclusive rights in the Copyright to SodaHead.

33.   Without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, SodaHead reproduced the Photographs.

//

//

KRONENBERGER ROSENFELD

150 Post Street, Suite 520, San Francisco, CA  94108

34.   On information and belief, without permission or authorization from NPG, and in willful violation of NPG's rights under 17 U.S.C. § 106, SodaHead displayed the Photographs on the Website.

35.   SodaHead's reproduction of the Photographs, and display of the Photographs on the Website constitute copyright infringement.

36.   On information and belief, thousands of people have viewed the unlawful copies of the Photographs on the Website.

37.   On information and belief, SodaHead had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPG's copyrighted material.

38.   SodaHead's copyright infringement has damaged NPG in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, NPG respectfully requests judgment as follows:

1.   That the Court enter a judgment finding that SodaHead has infringed on NPG's Copyrights in the Photographs in violation of 17 U.S.C. § 501 et seq.;

2.   That the Court award damages and monetary relief as follows:

   a.   Statutory damages against SodaHead pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or, in the alternative, NPG's actual damages and SodaHead's wrongful profits in an amount to be proven at trial;

   b.   NPG's attorneys' fees pursuant to 17 U.S.C. § 505;

   c.   NPG's costs; and

//
//
//
//

KRONENBERG ROSENFELD

150 Post Street, Suite 520, San Francisco, CA 94108

1    3.    Such other relief that the Court determines is just and proper.

2

3   Respectfully Submitted,

4   DATED: June 28, 2012                    **KRONENBERGER ROSENFELD, LLP**

5

6                                            By: _____

7                                                 Virginia A. Sanderson

8                                            Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                                 6                              **COMPLAINT**

1

# REQUEST FOR JURY TRIAL

2    Plaintiff hereby demands a trial of this action by jury.

3

4    DATED:  June 28, 2012          **KRONENBERGER ROSENFELD, LLP**

5

6                                    By: _____

7                                         Virginia A. Sanderson

8                                    Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



K R O N E N B E R G E R   R O S E N F E L D

150 Post Street, Suite 520, San Francisco, CA  94108

Case No.                              7                              **COMPLAINT**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company, | ) |
| *Plaintiff* | ) |
| v. | ) |
| SODAHEAD, INC., and DOES 1-10, inclusive, | ) |
| *Defendant* | ) |

Civil Action No.

**CV12 05750 CBM (FFMx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SodaHead, Inc.
c/o Christopher Dominguez
15821 Ventura Blvd. Ste. 260
Encinco, CA 91436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Virginia A. Sanderson
KRONENBERGER ROSENFELD, LLP
150 Post Street Suite 520
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___7/3/12___          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| NATIONAL PHOTO GROUP, LLC, a limited liability company | SODAHEAD, INC., and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Virginia Sanderson, KRONENBERGER ROSENFELD, LLP 150 Post Street, Suite 520 San Francisco, CA 94108,  (415) 955-1155 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. § 501 et seq

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12  05750

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATE   DISTRICT COURT, CENTRAL DISTRIC   CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):                              Date 6/28/12

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
   but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |